IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Furlong,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Cavalry SPV I, LLC, et al.,<br><br>　　　　　　　　Defendants. | No. CV-14-00712-PHX-NVW<br><br>**ORDER** |

　　　Plaintiff's family income is a multiple of what is sufficient to be able to pay court filing fees.

　　　IT IS THEREFORE ORDERED that Plaintiff's Motion for Extension of Time (Second Request) (Doc. 10) is denied. The Clerk shall dismiss this action on May 20, 2014, unless the filing fee is paid before then.

　　　Dated this 14th day of May, 2014.

_____
Neil V. Wake
United States District Judge